# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: **Kody L. Huss** <br><br> Debtor <br><br> **Deere & Company** <br><br> Plaintiff <br><br> **Kody L. Huss** <br><br> Defendant | Bankruptcy Case No. **07-00821-FLK7** <br><br> Adv. Proceeding No. **07-80093-FLK** <br><br> **FINDINGS OF FACT, CONCLUSIONS OF LAW & ORDER FOR JUDGMENT** |

    THIS MATTER having come on for trial on the 19th day of May, 2008 before the Honorable Frank L. Kurtz. Plaintiff appearing through Brad L. Williams, and Defendant Kody L. Huss appearing pro se. This Court has jurisdiction over the parties to and subject matter of this proceeding pursuant to 28 U.S.C. Sections 157 and 1334. Moreover, this Court may hear and finally adjudicate this proceeding because its subject matter rendered such adjudication a "core" proceeding pursuant to 28 U.S. C. Section 157 (b)(2)(I). Based on the evidence and all the files, records and proceedings herein, pursuant to Fed. R. Bankr. P. 7052, following the close of evidence the Court orally stated and recorded in open court its Findings of Fact and Conclusions of Law.

## ORDER FOR JUDGMENT

    Based on the foregoing, including the Court's Findings of Fact and Conclusions of Law orally recorded at the close of evidence,

    IT IS HEREBY ORDERED THAT:

The Defendant's debt to Plaintiff is not excepted from discharge.

*/s/ Frank L. Kurtz*
**Frank L. Kurtz**
**Bankruptcy Judge**
06/26/2008 09:00:11 AM

Page 1

FINDINGS OF FACT, CONCLUSIONS OF LAW & ORDER FOR JUDGMENT
07-80093-FLK    Doc 22    Filed 06/26/08    Entered 06/26/08 13:26:39    Pg 1 of 1